IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

MARIO PADILLA,

    Petitioner,

vs.

BUREAU OF PRISONS; ANTHONY HAYNES, Warden; HARLEY G. LAPPIN; and ERIC HOLDER, Attorney General,

    Respondents.

CIVIL ACTION NO.: CV209-171

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

The Petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2241, is **DISMISSED**, without prejudice, due to Padilla's failure to exhaust his administrative remedies prior to filing this petition. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

SO ORDERED, this 17 day of May, 2010.

HONORABLE LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev. 8/82)